# EXHIBIT 69

TOWERS WATSON 

Glenwood Hills Corporate Centre
Suite 202
3195 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

EXHIBIT 57
WIT Morgan
DATE: 5-8-14
Susan A. Helerman RDR, CRR

Private and Confidential

February 15, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

**Subject:**    **Detail for Invoices #IN00776767 and #IN00776768**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated February 10, 2010.  The invoiced amounts totals $26,416 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending January 31, 2011.

The attached exhibits correspond to the statement included in the above mentioned Invoice.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers pension related activity not billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,



Zachary A. Erickson, ASA

Senior Actuarial Analyst

Attachment

cc:    Barbara Palmer, Botsford Health Care
       Christopher Place, Towers Watson

Finance 3/9/2011 AM

Towers Watson Delaware, Inc.

I:\DB\11684\1f1\Billing\Jan\BotsfordBillDetails-Jan.DOC

CONFIDENTIAL

D 0969

# TOWERS WATSON ⟋⟍

**11684   Botsford Osteopathic Hospital**
**Invoice Date:   02/10/2011**

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Invoice**

**IN00776767**

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

**Total Amount:**   ~~$24,287 USD~~

$21,787 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

# TOWERS WATSON ⟋⟍

**Invoice**

**IN00776767**

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

**Invoice Date:   02/10/2011**
**Reference Number:   11684**

For non-trust actuarial and consulting services completed in connection with your pension program during the prior month.

**Amount**

|  |  |  |
|---|---|---|
| Total Services | $22,698 |  |
| Fee Adjustment | ( 2,500 ) DM 2/18/11 |  |
| Technology and Administrative Fee | 1,589 |  |

**Total Current Invoice in US Dollars:**  *S Palmer — 3·2·2011*   ~~$24,287 USD~~

Signature: Barbara A. Palmer   Date   $21,787 USD

$24,530

Total due after March 12, 2011
1% interest will be added every 30 days past due

*Note OL to pay the original amount billed per updated email 2/15/2011*   *H Morgan 3/4/2011*

*This invoice represents charges in our billing system as of 01/31/11*

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

TOWERS WATSON ⌒

11684    Botsford Osteopathic Hospital
Invoice Date:    02/10/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:        $2,129 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

TOWERS WATSON ⌒

Invoice

IN00776768

Invoice Date:    02/10/2011
Reference Number:    11684

For trust payable actuarial and consulting services completed in connection
with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

Amount

Total Services                                                    $1,990

Technology and Administrative Fee                        139

Total Current Invoice in US Dollars:    *Palmer 3.2.2011*    $2,129 USD

Signature:    Barbara A. Palmer    Date        $2,150

Total due after March 12, 2011
1% interest will be added every 30 days past due

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal
counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

Check with attorney before billing to trust

## BOTSFORD DETAILED BILL

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| FAS 87 Routine Work<br>  12/31/2010 Disclosure & 1/1/2011 Expense | Doxtader | Completed | 13,245 | 9,802 | 1,986 | 1,457 |
| Pension Journey Planning<br>  Out-of-scope for preparation of supplementary funding history exhibits, preparatory calls with Botsford, and related ongoing discussions | Doxtader | In Progress | 2,500 | 1,850 | 375 | 275 |
| FAS 87 and Funding Projections<br>  Updated 5 Year Funding/FAS Projection and related funding strategy consulting | Doxtader | In Progress | 8,542 | 6,321 | 1,281 | 940 |
| | | | 24,287 | 17,973 | 3,642 | 2,672 |
| Total | | | | | | |

2/15/2011

Towers Watson

CONFIDENTIAL

D 0972

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Data Work | | | | | | |
|    2011 Data Reconciliation for Valuation | Doxtader | Completed | 369 | 273 | 55 | 41 |
| 2010 Funding Work | | | | | | |
|    Quarterly Elections | Doxtader | Completed | 574 | 425 | 86 | 63 |
| Compliance and Administration Consulting | Morgan | Completed | 1,186 | 878 | 178 | 130 |
|    2011 Admin Calendar | | | 2,129 | 1,576 | 319 | 234 |
| Total | | | | | | |

CONFIDENTIAL

D 0973

**TOWERS WATSON** 

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com


EXHIBIT 28
WIT *Morgan*
DATE: 5-8-14
Susan A. Heierman RDR, CRR

Private and Confidential

March 22, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Subject:**     **Detail for Invoice #IN00789448**

Dear Deb:

Attached is the exhibit providing detailed commentary and cost allocations supporting our invoice dated March 20, 2011. The invoiced amount totals $12,276 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending February 28, 2011.

The attached exhibit corresponds to the statement included in the above mentioned invoice. Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA

Senior Actuarial Analyst

Attachment

cc:     Barbara Palmer, Botsford Health Care
        Christopher Place, Towers Watson

EXHIBIT A

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Data Work | | | | | | |
| 2011 Data Reconciliation for Valuation | Doxtader | In Progress | 7,082 | 5,241 | 1,062 | 779 |
| Compliance and Administration Consulting | | | | | | |
| Benefit Calculations  *Approved 5/17* | Morgan | Completed | 4,753 | 3,517 | 713 | 523 |
| Forms & Filings | | | | | | |
| PBGC Estimated Premium Filing | Doxtader | Completed | 441 | 326 | 66 | 49 |
| Total | | | 12,276 | 9,084 | 1,841 | 1,351 |

**Debra Morgan**

| | |
|---|---|
| **From:** | Erickson, Zachary (Grand Rapids) [zachary.erickson@towerswatson.com] |
| **Sent:** | Tuesday, March 22, 2011 1:03 PM |
| **To:** | Debra Morgan |
| **Cc:** | Barbara Palmer; Place, Christopher (Detroit); Erickson, Zachary (Grand Rapids) |
| **Subject:** | February 2011 Detailed Bill |
| **Attachments:** | BotsfordBillDetails-Feb.pdf |



BotsfordBillDetails-F
eb.pdf (1...

Deb,

Attached is the detailed bill for February.

Have a great day!

Zach

---

Zachary A. Erickson, ASA
Senior Actuarial Analyst

Towers Watson
3196 Kraft Ave, Ste 202 | Grand Rapids, MI 49512
Telephone: (616)254-2607 | Fax: (616)254-2601 Zachary.Erickson@towerswatson.com
towerswatson.com

Notice of Confidentiality
This transmission contains information that may be confidential. It has been prepared for
the sole and exclusive use of the intended recipient and on the basis agreed with that
person. If you are not the intended recipient of the message (or authorized to receive it
for the intended recipient), you should notify us immediately; you should delete it from
your system and may not disclose its contents to anyone else.

This e-mail has come to you from Towers Watson Delaware Inc.

CONFIDENTIAL

D 0981

**TOWERS WATSON** 〜

11684   Botsford Osteopathic Hospital
Invoice Date: 03/20/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

**Total Amount:**   $12,276 USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

**TOWERS WATSON** 〜

Invoice

**IN00789448**

**Invoice Date:**   **03/20/2011**

**Reference Number:**   **11684**

For trust payable actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

| | **Amount** |
|---|---|
| Total Services | $11,473 |
| Technology and Administrative Fee | 803 |

**Total Current Invoice in US Dollars:**   $12,276 USD

Signature *B Palmer 5·19·11*
Barbara A. Palmer, Date

Total due after April 19, 2011   $12,399
   1% interest will be added every 30 days past due

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

**TOWERS WATSON** 

Glenwood Hills Corporate Centre
Suite 202
3186 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2028

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com



Private and Confidential

April 19, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Subject:    Detail for Invoices #IN00802754 and #IN00802755**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated April 18, 2011. The invoiced amounts total $15,965 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending March 31, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices. Exhibit A covers activity that we feel is fairly safe to charge to the pension trust. Exhibit B covers pension related activity not billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

*Zachary A. Erickson*

Zachary A. Erickson, ASA

Senior Actuarial Analyst

Attachment

cc:    Barbara Palmer, Botsford Health Care
       Christopher Place, Towers Watson

CONFIDENTIAL

D 0983

## EXHIBIT A

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Data Work | | | | | | |
|   2011 Data Reconciliation for Valuation | Doxtader | In Progress | 1,103 | 817 | 165 | 121 |
| Annual Funding Notice | | | | | | |
|   Consulting and Drafting AFN *Complete AM 5/17* | Morgan | In Progress | 98 | 72 | 15 | 11 |
| 2011 Funding Valuation | Doxtader | In Progress | 9,764 | 7,225 | 1,465 | 1,074 |
| | | | 10,965 | 8,114 | 1,645 | 1,206 |
| Total | | | | | | |

# EXHIBIT B

**BOTSFORD DETAILED BILL**

Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Pension Journey Planning<br>Update of Stochastic Projections (No Charge) | Doxtader | Completed | 0 | 0 | 0 | 0 |
| Pension Journey Planning Follow up<br>Finance Committee Meeting and related preparation and follow-up | Doxtader | Completed | 5,000 | 3,700 | 750 | 550 |
| Total | | | 5,000 | 3,700 | 750 | 550 |

TOWERS WATSON `U`

11684   Botsford Osteopathic Hospital

**Invoice Date:**   04/18/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

**Total Amount:**   $10,965 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

TOWERS WATSON `U`

**Invoice**

**IN00802755**

**Invoice Date:**   04/18/2011
**Reference Number:**   11684

For trust payable actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | **Amount** |
|---|---|
| Total Services | $10,248 |
| Technology and Administrative Fee | 717 |
| **Total Current Invoice in US Dollars;** | **$10,965** USD |

Signature *B Palmer 5·19·11*
Barbara A. Palmer, Date   $11,075

Total due after May 18, 2011
   1% interest will be added every 30 days past due

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL

D 0986

**TOWERS WATSON** ⌒

Invoice    IN00802754

11684   Botsford Osteopathic Hospital

Invoice Date: 04/18/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

**Total Amount:**        $5,000 USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this port and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

**TOWERS WATSON** ⌒

Invoice

IN00802754

**Invoice Date:**    04/18/2011

**Reference Number:**   11684

For non-trust actuarial and consulting services completed in connection with
your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
26411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | **Amount** |
|---|---|
| Total Services | $4,673 |
| Technology and Administrative Fee | 327 |
| **Total Current Invoice in US Dollars:** | **$5,000 USD** |

Signature *Blalmer 5·19·11*        $5,050

Total due after May 18, 2011        Barbara A. Palmer   Date
    1% interest will be added every 30 days past due

*This invoice represents charges in our billing system as of 03/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL        D 0987

# BOTSFORD

TOWERS-WATSON

Glenwood Hills Corporate Centre
Suite 202
3195 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 264 2600
F +1 616 254 2601

towerswatson.com



EXHIBIT 30
WIT *Morgan*
DATE: *5-6-14*
Susan A. Helerman RDR, CRR

Private and Confidential

May 18, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Subject:**     Detail for Invoices #IN00815607 and #IN00815608

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated May 17, 2011. The invoiced amounts total $14,539 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending April 30, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices. Exhibit A covers activity that we feel is fairly safe to charge to the pension trust. Exhibit B covers pension related activity not billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA

Senior Actuarial Analyst

Attachment

cc:     Barbara Palmer, Botsford Health Care
        Christopher Place, Towers Watson

CONFIDENTIAL

D 0989

## Debra Morgan

**From:** Regina Doxtader
**Sent:** Tuesday, June 14, 2011 1:17 PM
**To:** Debra Morgan
**Subject:** RE: April Ivoice - Watson Wyatt

Yes.

**From:** Debra Morgan
**Sent:** Tuesday, June 14, 2011 12:45 PM
**To:** Regina Doxtader
**Subject:** April Ivoice - Watson Wyatt

Hello Reggie:

Do you approve the following?

2011 Funding Valuation = **$409 (In Progress)**
Pension Journey Planning Finance Committee Meeting follow-up = **$802 (Completed)**
Cost and Risk Management Channel = **$10,406 (In Progress)**

Thank you
Deb

CONFIDENTIAL



# BOTSFORD HOSPITAL

EXHIBIT A

**BOTSFORD DETAILED BILL**

| | V/14 | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|---|
| Annual Funding Notice Consulting and Drafting AFN *approved. SM* | | Morgan | Completed | 2,922 | 2,163 | 438 | 321 |
| 2011 Funding Valuation | | Doxtader | In Progress | 409 | 303 | 61 | 45 |
| Total | | | | 3,331 | 2,466 | 499 | 366 |



## BOTSFORD
### H O S P I T A L

**EXHIBIT B**

**BOTSFORD DETAILED BILL**                                     Check with attorney before billing to trust

|  | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Pension Journey Planning<br>    Finance Committee Meeting follow-up | Doxtader | Completed | 802 | 594 | 120 | 88 |
| Cost and Risk Management Channel | Doxtader | In Progress | 10,406 | 7,700 | 1,561 | 1,145 |
| Total |  |  | 11,208 | 8,294 | 1,681 | 1,233 |

## TOWERS WATSON

11684    Botsford Osteopathic Hospital
Invoice Date:    05/17/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:    **$11,208 USD**

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012.  Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope.  Please include invoice number on check.

## TOWERS WATSON

**Invoice**

**IN00815607**

Invoice Date:    05/17/2011
Reference Number:    **11684**

For non-trust actuarial and consulting services completed in connection with
your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

**Amount**

Total Services                                        $10,475

Technology and Administrative Fee                    733

Total Current Invoice In US Dollars:    *B Palmer  6·22·11*    **$11,208 USD**

Approved    *Barbara A. Palmer*          Date    *$11,320*

Total due after June 16, 2011
   1% interest will be added every 30 days past due

*This Invoice represents charges in our billing system as of 04/30/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

# TOWERS WATSON 

**Invoice**

IN00815608

11684    Botsford Osteopathic Hospital
Invoice Date:    05/17/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:        $3,331 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc.. account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

# TOWERS WATSON

**Invoice**

IN00815608

Invoice Date:    05/17/2011
Reference Number:    11684

For trust payable actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $3,113 |
| Technology and Administrative Fee | 218 |
| **Total Current Invoice in US Dollars:** | **$3,331 USD** |

Approved *B Palmer* 6·22·11
Barbara A. Palmer        Date

$3,364

*Total due after June 16, 2011*
*1% interest will be added every 30 days past due*

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

**TOWERS WATSON**

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

July 27, 2011



Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

**Subject:**     **Detail for Invoices #IN00842930, #IN00842931, and #IN00850551**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated July 27, 2011.  The invoiced amounts total $15,358 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending June 30, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers pension related activity not billed to the pension trust.  Exhibit C covers activity associated with the non-pension welfare program.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA

Senior Actuarial Analyst

11/13/11

Attachment

cc:     Barbara Palmer, Botsford Health Care
        Christopher Place, Towers Watson

Deb -
Did you already approve/process these? TW says they have not rec'd cash yet, so they sent copies of the invoice.

Sue - pls ✓ w/ A/P & the pension file (Wells Fargo).

Thx Cal.

Towers Watson Delaware, Inc.

I:\DB\11684\11\Billing\Jun\BotsfordBillDetails-Jun.DOC

Page 1 of 1

CONFIDENTIAL

D 0996

## EXHIBIT A

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| 2011 Funding Valuation and related PPA Consulting | Doxtader | In Progress | 13,652 | 10,102 | 2,048 | 1,502 |
| Forms & Filings | | | | | | |
|   5500 Filing Preparation | Doxtader | In Progress | 689 | 510 | 103 | 76 |
| Total | | | 14,341 | 10,612 | 2,151 | 1,578 |

**EXHIBIT B**

**BOTSFORD DETAILED BILL**                    Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting<br>    PTO Survey Information | Morgan | Completed | 321 | 238 | 48 | 35 |
| Total | | | 321 | 238 | 48 | 35 |

*11/14/2011*

*[signature] Kelyn Morgan*

**EXHIBIT C**

**BOTSFORD DETAILED BILL**

Botsford Health Plan

| | Contact | Status | 6/11/11 Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting | | | | | | |
| Research regarding FSA reporting requirements | Parcella | Completed | 696 | 515 | 104 | 77 |
| Total | | | 696 | 515 | 104 | 77 |

| | |
|---|---|
| **From:** | Erickson, Zachary (Grand Rapids) [zachary.erickson@towerswatson.com] |
| **Sent:** | Wednesday, July 27, 2011 11:22 AM |
| **To:** | Debra Morgan |
| **Cc:** | Barbara Palmer; Place, Christopher (Detroit); Erickson, Zachary (Grand Rapids) |
| **Subject:** | June 2011 Detailed Bill |
| **Attachments:** | BotsfordBillDetails-Jun.pdf |



BotsfordBillDetails-J
un.pdf (1...

Deb,

Attached is the detailed bill for June.

Have a great day!

Zach

---

Zachary A. Erickson, ASA
Senior Actuarial Analyst

Towers Watson
3196 Kraft Ave, Ste 202 | Grand Rapids, MI 49512
Telephone: (616)254-2607 | Fax: (616)254-2601 Zachary.Erickson@towerswatson.com
towerswatson.com

Notice of Confidentiality
This transmission contains information that may be confidential.  It has been prepared for
the sole and exclusive use of the intended recipient and on the basis agreed with that
person.  If you are not the intended recipient of the message (or authorized to receive it
for the intended recipient), you should notify us immediately; you should delete it from
your system and may not disclose its contents to anyone else.

This e-mail has come to you from Towers Watson Delaware Inc.

TOWERS WATSON 

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

September 6, 2011

**EXHIBIT** 32
WIT: Morgan
DATE: 5-9-14
Susan A. Helerman RDR, CRR

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

**Subject:**     **Detail for Invoices #IN00854816, #IN00854817. and #IN00864372**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated August 30, 2011.  The invoiced amounts total $6,643 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending July 31, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers pension related activity not billed to the pension trust.  Exhibit C covers activity associated with the non-pension welfare program.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA

Senior Actuarial Analyst

Attachment

cc:     Barbara Palmer, Botsford Health Care
        Christopher Place, Towers Watson

TOWERS WATSON  ⌣ω

11684    Botsford Osteopathic Hospital
Invoice Date:    08/30/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:      $3,973  USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

TOWERS WATSON  ⌣ω

Invoice

IN00854817

Invoice Date:    08/30/2011
Reference Number:   11684

For trust payable actuarial and consulting services completed in connection
with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $3,713 |
| Technology and Administrative Fee | 260 |
| **Total Current Invoice in US Dollars:** | **$3,973  USD** |

*Total due after September 29, 2011* | *$4,013* |
    *1% interest will be added every 30 days past due*

Authorization  *Barbara Palmer*                    *10·7·11*
                 Barbara  Palmer                      Date

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal
counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

TOWERS WATSON 〰

**Invoice**

**IN00854816**

11684    Botsford Osteopathic Hospital
Invoice Date:    08/30/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Total Amount:**      **$1,525 USD·**

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012.  Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope.  Please include invoice number on check.

TOWERS WATSON 〰

**Invoice**

**IN00854816**

**Invoice Date:**    **08/30/2011**
**Reference Number:**    **11684**

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500,
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

For non-trust actuarial and consulting services completed in connection with your pension program during the prior month.

| | **Amount** |
|---|---|
| Total Services | $1,425 |
| Technology and Administrative Fee | 100 |
| **Total Current Invoice in US Dollars:** | **$1,525 USD** |
| Total due after September 29, 2011 | $1,540 |
|     1% interest will be added every 30 days past due | |

Authorization  *B Palmer*                        10·7·11
                 Barbara Palmer                          Date

*This invoice represents charges in our billing system as of 07/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL                                    D 1010

TOWERS WATSON W

11684   Botsford Osteopathic Hospital
Invoice Date:   08/30/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00864372

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:        $1,145 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #028009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

TOWERS WATSON W

Invoice

IN00864372

Invoice Date:    08/30/2011
Reference Number:    11684

For actuarial and consulting services completed during the prior month for your health plan and other non-pension related activities.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $1,070 |
| Technology and Administrative Fee | 75 |
| **Total Current Invoice in US Dollars:** | **$1,145 USD** |

*Total due after September 29, 2011*          *$1,156*
 *1% interest will be added every 30 days past due*

Authorization   *Blalmer*          10.7.11
           Barbara Palmer              Date

*This invoice represents charges in our billing system as of 07/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

EXHIBIT A

BOTSFORD DETAILED BILL

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Revised 2010 Funding Valuation and related Consulting | Doxtader | In Progress | 659 | 488 | 99 | 72 |
| 2011 Funding Valuation and related PPA Consulting | Doxtader | In Progress | 2,895 | 2,143 | 434 | 318 |
| Forms & Filings | | | | | | |
| 5558 Extension Filing and 5500 Filing Preparation | Doxtader | In Progress | 419 | 310 | 63 | 46 |
| Total | | | 3,973 | 2,941 | 596 | 436 |

**EXHIBIT B**

**BOTSFORD DETAILED BILL**                                    Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting<br>  PTO Survey Information | Palmer | Completed | 1,525 | 1,128 | 229 | 168 |
| Total | | | 1,525 | 1,128 | 229 | 168 |

# EXHIBIT C

**BOTSFORD DETAILED BILL**                                    Botsford Health Plan

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Forms & Filings | | | | | | |
| 5558 Extension Filing and 5500 Filing Preparation | Doxtader | In Progress | 1,145 | 847 | 172 | 126 |
| Total | | | 1,145 | 847 | 172 | 126 |

## Debra Morgan

**From:** Erickson, Zachary (Grand Rapids) [zachary.erickson@towerswatson.com]
**Sent:** Wednesday, September 07, 2011 9:27 PM
**To:** Debra Morgan
**Cc:** Barbara Palmer; Place, Christopher (Detroit); Erickson, Zachary (Grand Rapids)
**Subject:** July 2011 Detailed Bill

**Attachments:** BotsfordBillDetails-Jul.pdf



BotsfordBillDetails-J
ul.pdf (2...



Deb,

Attached is the detailed bill for July.


Zach




Zachary A. Erickson, ASA
Senior Actuarial Analyst

Towers Watson
3196 Kraft Ave, Ste 202 | Grand Rapids, MI 49512
Telephone: (616)254-2607 | Fax: (616)254-2601 Zachary.Erickson@towerswatson.com
towerswatson.com


Notice of Confidentiality
This transmission contains information that may be confidential.  It has been prepared for
the sole and exclusive use of the intended recipient and on the basis agreed with that
person.  If you are not the intended recipient of the message (or authorized to receive it
for the intended recipient), you should notify us immediately; you should delete it from
your system and may not disclose its contents to anyone else.

This e-mail has come to you from Towers Watson Delaware Inc.

1

CONFIDENTIAL                    D 1016

**TOWERS WATSON** 〜

Invoice

IN00828425

11684   Botsford Osteopathic Hospital
Invoice Date:   06/08/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Total Amount:**   $10,817  USD

Wire Information

To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope.  Please include invoice number on check.

---

**TOWERS WATSON** 〜

Invoice

IN00828425

Invoice Date:   06/08/2011
Reference Number:   11684

For non-trust actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

**Amount**

Total Services

$10,109

Technology and Administrative Fee

708

Total Current Invoice in US Dollars:

$10,817  USD

Total due after July 8, 2011
   1% interest will be added every 30 days past due

$10,925

*This invoice represents charges in our billing system as of 05/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

**TOWERS WATSON** _~_

11684    Botsford Osteopathic Hospital
Invoice Date:    06/08/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00828426

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

**Total Amount:**    $7,194 USD

Wire Information
To wire your Invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information Is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

**TOWERS WATSON** _~_

Invoice

IN00828426

Invoice Date:    06/08/2011
Reference Number:    11684

For trust payable actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $6,723 |
| Technology and Administrative Fee | 471 |
| Total Current Invoice in US Dollars: | $7,194 USD |
| Total due after July 8, 2011 | $7,266 |

1% interest will be added every 30 days past due

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #63-0181291

## EXHIBIT A

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| 2011 Funding Valuation and related PPA Consulting | Doxtader | In Progress | 3,980 | 2,945 | 597 | 438 |
| Forms & Filings | | | | | | |
|    5500 Filing Preparation | Doxtader | In Progress | 333 | 246 | 50 | 37 |
| QDRO Review and Calculations | | | | | | |
|    Suchyta QDRO Calculation | Morgan | Completed | 2,881 | 2,132 | 432 | 317 |
| Total | | | 7,194 | 5,323 | 1,079 | 792 |

CONFIDENTIAL

D 1019

**EXHIBIT B**

**BOTSFORD DETAILED BILL**                                    Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting<br>　Discussion with Reggie on Pension Journey Planning<br>　next steps | Doxtader | In Progress | 677 | 501 | 102 | 74 |
| FAS 87 and Funding Projections<br>　8 Year Cash Contribution Projections and related<br>　funding strategy consulting | Doxtader | Completed | 3,087 | 2,284 | 463 | 340 |
| Cost and Risk Management Channel<br>　Initial Setup | Doxtader | In Progress | 3,594 | 2,660 | 539 | 395 |
| Follow up to Dan Schiffer's Questions<br>　TV lump sum analysis, asset returns needed for 110%<br>　funding, and related consulting | Doxtader | Completed | 3,459 | 2,560 | 519 | 380 |
| Total | | | 10,817 | 8,005 | 1,623 | 1,189 |



CONFIDENTIAL                                    D 1020

**TOWERS WATSON** 

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

September 30, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

**Subject:**     **Detail for Invoices #IN00866584, # IN00866585, and #IN00866586**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated September 28, 2011.  The invoiced amounts total $37,897 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending August 31, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers trust payable activity associated with the pension administration system.  Exhibit C covers pension related activity not billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA, EA

Senior Actuarial Analyst

Attachment

cc:     Barbara Palmer, Botsford Health Care
       Christopher Place, Towers Watson

EXHIBIT A

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting<br>   Responding to Auditor Requests | Doxtader | In Progress | 3,074 | 2,275 | 461 | 338 |
| Revised 2010 Funding Valuation and related Consulting | Doxtader | Completed | 4,902 | 3,628 | 735 | 539 |
| 2011 Funding Valuation and related PPA Consulting | Doxtader | In Progress | 9,229 | 6,830 | 1,384 | 1,015 |
| Compliance and Administration Consulting _OK BM_<br>   Brentwood Transaction Research | Morgan | In Progress | 2,266 | 1,677 | 340 | 249 |
| Total | | | 19,471 | 14,410 | 2,920 | 2,141 |

**EXHIBIT B**

**BOTSFORD DETAILED BILL**

Pension Administration System

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| eepoint implementation | | | | | | |
| First of five installments | Palmer | In Progress | 17,000 | 12,580 | 2,550 | 1,870 |
| eepoint implementation | | | | | | |
| Travel expenses for kick-off meeting | Palmer | Completed | 1,265 | 936 | 190 | 139 |
| Total | | | 18,265 | 13,516 | 2,740 | 2,009 |

EXHIBIT C

**BOTSFORD DETAILED BILL**

Check with attorney before billing to trust

|  | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting<br>   PTO Survey Information | Palmer | Completed | 161 | 119 | 24 | 18 |
| Total |  |  | 161 | 119 | 24 | 18 |

**TOWERS WATSON** *w*

11684    Botsford Osteopathic Hospital
Invoice Date:    09/28/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00866585

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:      $161  USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

**TOWERS WATSON** *w*

Invoice

IN00866585

**Invoice Date:    09/28/2011**
**Reference Number:    11684**

For non-trust actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

| | Amount |
|---|---|
| Total Services | $150 |
| Technology and Administrative Fee | 11 |
| **Total Current Invoice in US Dollars:** | $161 USD |

AUTHORIZATION *Blalmer*   DATE *10.7.11*
BARBARA  PALMER      *$163*

*Total due after October 28, 2011*
*1% interest will be added every 30 days past due*

*This invoice represents charges in our billing system as of 08/31/11.*

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

## TOWERS WATSON

11684     Botsford Osteopathic Hospital
Invoice Date:     09/28/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00866586

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

**Total Amount:**     $19,471  USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being
paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

## TOWERS WATSON

Invoice

IN00866586

**Invoice Date:**     09/28/2011
**Reference Number:**     11684

For trust payable actuarial and consulting services completed in connection
with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | **Amount** |
|---|---|
| Total Services | $18,197 |
| Technology and Administrative Fee | 1,274 |

**Total Current Invoice in US Dollars:**                     $19,471 USD

**AUTHORIZATION** *Blalmer*                                 10·7·11
                        BARBARA  PALMER                      **DATE**

*Total due after October 28, 2011*                          $19,666
  *1% interest will be added every 30 days past due*

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal
counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

# TOWERS WATSON  ⌒⌒

Invoice

IN00866584

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

11684    Botsford Osteopathic Hospital
Invoice Date:    09/28/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Total Amount:**    **$18,265 USD**

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593,
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being
paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

# TOWERS WATSON  ⌒⌒

Invoice

IN00866584

**Invoice Date:    09/28/2011**
**Reference Number:    11684**

For trust payable consulting services completed in connection with your
pension administration system during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 938 7700

|  | **Amount** |
|---|---|
| Total Services | $17,148 |
| Technology and Administrative Fee | 1,117 |

**Total Current Invoice in US Dollars:**    **$18,265 USD**

AUTHORIZATION *Blalmer*    DATE *10·7·11*
BARBARA  PALMER    *$18,448*

*Total due after October 28, 2011*
*1% interest will be added every 30 days past due*

*This invoice represents charges in our billing system as of 08/31/11.*

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

*Freaue* 11/1/2011

TOWERS WATSON 

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

October 26, 2011



Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Subject:**      **Detail for Invoices #IN00878071, #IN00878073, and #IN00885887**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated October 26, 2011. The invoiced amounts total $35,060 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending September 30, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices. Exhibit A covers activity that we feel is fairly safe to charge to the pension trust. Exhibit B covers trust payable activity associated with the pension administration system. Exhibit C covers activity associated with the non-pension welfare program.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA, EA

Senior Actuarial Analyst

Attachment

cc:      Barbara Palmer, Botsford Health Care
        Christopher Place, Towers Watson

## TOWERS WATSON

**Invoice**

11684    Botsford Osteopathic Hospital
Invoice Date:    10/26/2011

IN00878071

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Total Amount:**    $18,216 USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

## TOWERS WATSON

**Invoice**

IN00878071

**Invoice Date:**    10/26/2011
**Reference Number:    11684**

For trust payable consulting services completed in connection with your
pension administration system during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

| | **Amount** |
|---|---|
| Total Services | $17,104 |
| Technology and Administrative Fee | 1,112 |

**Total Current Invoice in US Dollars:**    $18,216 USD

Authorization *B Palmer*    10.31.11

Barbara Palmer    Date

*Total due after November 25, 2011*    $18,398
    *1% interest will be added every 30 days past due*

*This invoice represents charges in our billing system as of 09/30/11.*

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL

D 1030

## TOWERS WATSON

11684  Botsford Osteopathic Hospital
Invoice Date:  10/26/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Invoice**

IN00878073

Please make check payable to:
**Towers Watson Delaware Inc.**
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:      $15,033  USD

**Wire Information**
To wire your Invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593,
ACH information is Bank of America, account of Towers Watson Delaware Inc, Dallas, TX, account #3750019513, routing #111000012. Please include the Invoice number(s) being
paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope.  Please include Invoice number on check.

---

## TOWERS WATSON

**Invoice**

IN00878073

**Invoice Date:**    10/26/2011
**Reference Number:   11684**

For trust payable actuarial and consulting services completed in connection
with your pension program during the prior month.

**Towers Watson Delaware Inc.**
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | **Amount** |
|---|---|
| Total Services | $14,050 |
| Technology and Administrative Fee | 983 |

**Total Current Invoice in US Dollars:**                                    $15,033  USD
            Authorization  *B Palmer*  10·31·11
                        Barbara Palmer              Date
*Total due after November 25, 2011*                          $15,183
    *1% interest will be added every 30 days past due*

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal
counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

**TOWERS WATSON** ⟿

11684    Botsford Osteopathic Hospital
Invoice Date:    10/26/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

**IN00885887**

Please make check payable to:
**Towers Watson Delaware Inc.**
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:    **$1,811 USD**

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

**TOWERS WATSON** ⟿

Invoice

**IN00885887**

Invoice Date:    **10/26/2011**
Reference Number:    **11684**

For actuarial and consulting services completed during the prior month for
your health plan and other non-pension related activities.

**Towers Watson Delaware Inc.**
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

**Amount**

Total Services    $1,811

**Total Current Invoice in US Dollars:**    **$1,811 USD**

Authorization *Bpalmer 10·31·11*
                 Barbara Palmer    Date    *$1,829*

Total due after November 25, 2011
    1% interest will be added every 30 days past due

*This invoice represents charges in our billing system as of 09/30/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

**BOTSFORD DETAILED BILL**

Pension Administration System

| | | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|---|
| eepoint implementation Second of five installments | *10/31/2011 approved BMorgan* | Palmer | In Progress | 17,000 | 12,580 | 2,550 | 1,870 |
| eepoint implementation Travel expenses for kick-off meeting | *approved JMorris* | Palmer | Completed | 1,216 | 900 | 182 | 134 |
| Total | | | | 18,216 | 13,480 | 2,732 | 2,004 |

CONFIDENTIAL

D 1033

**EXHIBIT A**

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| General Consulting | | | | | | |
| Responding to Auditor Requests | Doxtader | Completed | 1,448 | 1,072 | 217 | 159 |
| 2011 Funding Valuation and related PPA Consulting | | | | | | |
| | Doxtader | Completed | 12,882 | 9,533 | 1,932 | 1,417 |
| Forms & Filings | | | | | | |
| Form 5500 Filing | Doxtader | In Progress | 703 | 521 | 105 | 77 |
| Total | | | 15,033 | 11,126 | 2,254 | 1,653 |

EXHIBIT C

**BOTSFORD DETAILED BILL**                          Botsford Health Plan

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Forms & Filings | | | | | | |
|   Form 5500 Filing | Doxtader | In Progress | 1,811 | 1,340 | 272 | 199 |
| Total | | | 1,811 | 1,340 | 272 | 199 |


Glenwood Hills Corporate Centre
Suite 202
3186 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com



Private and Confidential

December 23, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

**Subject:** **Detail for Invoices #IN00901676, #IN00901677, and #IN00901678**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated December 22, 2011.  The invoiced amounts total $24,861 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending November 30, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers activity associated with the pension administration system that we feel is fairly safe to charge to the pension trust. Exhibit C covers pension related activity not anticipated to be billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA, EA

Senior Actuarial Analyst

Attachment

cc:   Regina Doxtader, Botsford Health Care
      Barbara Palmer, Botsford Health Care
      Christopher Place, Towers Watson

EXHIBIT A

**BOTSFORD DETAILED BILL**

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Compliance and Administration Consulting Relative value and right to defer notices | Morgan | In Progress | 2,853 | 2,111 | 428 | 314 |
| Forms & Filings Form 8955 SSA Listing | Doxtader | In Progress | 1,786 | 1,322 | 268 | 196 |
| Total | | | 4,639 | 3,433 | 696 | 510 |

CONFIDENTIAL                                    D 1054

**EXHIBIT B**

**BOTSFORD DETAILED BILL**                                    Pension Administration System

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| eepoint implementation<br>    Fourth of five installments  *approved RM 1/5/2012* | Palmer | In Progress | 17,000 | 12,580 | 2,550 | 1,870 |
| eepoint implementation<br>    Travel expenses for UAT training meeting | Palmer | Completed | 2,732 | 2,021 | 410 | 301 |
| Total  *RP M. UM*<br>*1/5/2012* | | | 19,732 | 14,601 | 2,960 | 2,171 |

## EXHIBIT C

**BOTSFORD DETAILED BILL**

Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| FAS 87 and Funding Projections<br>    Consulting related to accounting projections | Doxtader | Completed | 490 | 362 | 74 | 54 |
| Total | | | 490 | 362 | 74 | 54 |

## TOWERS WATSON 

11684   Botsford Osteopathic Hospital
Invoice Date:   12/22/2011

**Invoice**

IN00901678

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:      $4,639  USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope.  Please include invoice number on check.

## TOWERS WATSON

**Invoice**

IN00901678

Invoice Date:   12/22/2011
Reference Number:   11684

For trust payable actuarial and consulting services completed in connection
with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

**Amount**

| | |
|---|---|
| Total Services | $4,336 |
| Technology and Administrative Fee | 303 |
| Total Current Invoice in US Dollars: | $4,639  USD |

*Total due after January 21, 2012* | $4,685
*1% interest will be added every 30 days past due*

Approved
Debra Morgan
4/10/2012

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal
counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL

D 1057

TOWERS WATSON ⱳ

11684    Botsford Osteopathic Hospital
Invoice Date:    12/22/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00901676

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:    $19,732 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012.  Please include the invoice number(s) being
paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope.  Please include invoice number on check.

TOWERS WATSON ⱳ

Invoice

IN00901676

Invoice Date:    12/22/2011
Reference Number:    11684

For trust payable consulting services completed in connection with your
pension administration system during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $18,620 |
| Technology and Administrative Fee | 1,112 |
| **Total Current Invoice in US Dollars:** | $19,732 USD |
| Total due after January 21, 2012 | $19,929 |
| 1% interest will be added every 30 days past due | |

*approved*
*Debra*
*Morgan*
*4/10/2012*

*This Invoice represents charges in our billing system as of 11/30/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

**TOWERS WATSON** 〰

**Invoice**

IN00901677

11684   Botsford Osteopathic Hospital
Invoice Date:   12/22/2011

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

**Total Amount:**      $490 USD

Wire information
To wire your payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

**TOWERS WATSON** 〰

**Invoice**

IN00901677

Invoice Date:   12/22/2011
Reference Number:   11684

For non-trust actuarial and consulting services completed in connection with
your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $458 |
| Technology and Administrative Fee | 32 |
| **Total Current Invoice in US Dollars:** | $490 USD |
| Total due after January 21, 2012 | $495 |
| *1% interest will be added every 30 days past due* | |

*approved*
*Deb Morgan*
*1/10/2012*

*This invoice represents charges in our billing system as of 11/30/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53 0181291

## Debra Morgan

| | |
|---|---|
| **From:** | Erickson, Zachary (Grand Rapids) [zachary.erickson@towerswatson.com] |
| **Sent:** | Wednesday, March 20, 2013 1:04 PM |
| **To:** | Debra Morgan |
| **Cc:** | Regina Doxtader; Barbara Palmer; Barbara A. Hrit; Place, Christopher (Detroit); Erickson, Zachary (Grand Rapids) |
| **Subject:** | February 2013 Detailed Bill |
| **Attachments:** | BotsfordBillDetails-Feb.pdf |



BotsfordBillDetails-F
eb.pdf (1...



Deb,

Attached are the invoices and the detailed bills for February.

Have a great day!

Zach

---

Zachary A. Erickson, ASA, EA
Senior Actuarial Analyst

Towers Watson
3196 Kraft Ave, Ste 202 | Grand Rapids, MI 49512
Telephone: (616)254-2607 | Fax: (616)254-2601 Zachary.Erickson@towerswatson.com
towerswatson.com

Notice of Confidentiality
This transmission contains information that may be confidential. It has been prepared for the sole and exclusive use of the intended recipient and on the basis agreed with that person. If you are not the intended recipient of the message (or authorized to receive it for the intended recipient), you should notify us immediately; you should delete it from your system and may not disclose its contents to anyone else.


This e-mail has come to you from Towers Watson Delaware Inc.

CONFIDENTIAL                                    D 1144

 **TOWERS WATSON**

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

March 20, 2013

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

**Subject:**    **February 2013 Invoices and Detailed Exhibits**

Dear Deb:

Attached are the invoices and supporting exhibits providing detailed commentary and cost allocations. The invoiced amounts totals $20,338 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending February 28, 2013.

The attached exhibits correspond to the statements included in the attached invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers pension and welfare related activity not anticipated to be billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA, EA

Senior Actuarial Analyst

Attachment

cc:    Regina Doxtader, Botsford Health Care
       Barbara Hrit, Botsford Health Care
       Barbara Palmer, Botsford Health Care
       Christopher Place, Towers Watson

CONFIDENTIAL

D 1145

**EXHIBIT A**

## BOTSFORD DETAILED BILL

| | Contact | Status | Total | Botsford | CEMS | BCCC | Fixed Fee Information YTD Fees | Budget |
|---|---|---|---|---|---|---|---|---|
| Fixed Fee – Core Actuarial and Consulting Services 2013 PBGC ES Filing | Doxtader | In Progress | 829 | 614 | 124 | 91 | 1,824 | 50,000 |
| Benefit Calculation  *Approved 5/24/13 G. Morgan*  Lark Benefit Calculation and Related Consulting | Morgan | Completed | 1,027 | 760 | 154 | 113 | N/A | N/A |
| Fixed Fee – eepoint Administration System  *Approved 3/21/13 G.m.*  Ongoing Hosting, Maintenance, and Support | Palmer | In Progress | 2,333 | 1,726 | 350 | 257 | 4,666 | 28,000 |
| Fixed Fee – Bulk Lump Sum Communications, Call Center, Kit Review, Trust File and Administration | Doxtader | Completed | 8,548 | 7,066 | 2,060 | 1,050 | 327,000 | 327,000 |
| Total | | | 13,737 | 10,166 | 2,060 | 1,511 | 333,490 | 405,000 |

CONFIDENTIAL

D 1146

**EXHIBIT B**

**BOTSFORD DETAILED BILL**

Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Fixed Fee - Core Actuarial and Consulting Services ASC 715 2012 Disclosure/2013 Expense | Doxtader | In Progress | 5,601 | 4,145 | 840 | 616 |
| Fixed Fee - Bulk Lump Sum Financial Impact, Design, Project Management | Doxtader | Completed | 0 | 0 | 0 | 0 |
| Retainer for Ad-Hoc Requests | Doxtader | In Progress | 1,000 | 740 | 150 | 110 |
| Total | | | 6,601 | 4,885 | 990 | 726 |

| Fixed Fee Information | |
|---|---|
| YTD Fees | Budget |
| 13,000 | 22,000 |
| 15,000 | 15,000 |
| 2,000 | 12,000 |
| 30,000 | 49,000 |

3/20/2013

CONFIDENTIAL

D 1147

Towers Watson
28411 Northwestern Highway
One Northwestern Plaza - Suite 500
Southfield, MI 48034
United States
Tel No: 248.936.7700
Fax No: 248.936.7701

Debra Morgan
Pension Specialist
Botsford Health Care
28050 Grand River Avenue
FARMINGTON HILLS, MI 48336-5933
UNITED STATES

March 22, 2013

Customer No: 610135

Invoice No:     100060381861

| For trust payable actuarial and consulting services completed in connection with your pension program during the prior month. | Amount |
|---|---|
| Fees for Services Rendered | 13,737.00 |
| Total | USD 13,737.00 |
| Total due after April 21, 2013 due to late charges | USD 13,874.37 |

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal counsel.

Please enter Invoice Number 100060381861 on your check or wire payable to Towers Watson Delaware Inc.

For electronic transfer of funds, send payment to account:
Bank of America
Beneficiary: Towers Watson Delaware Inc.
Account Number: 4427214446, SWIFT CODE: BOFAUS6S
For Wire Payments use Transit Number 026009593
For ACH Payments use Transit Number 111000012

For payment by check, remit a copy of this invoice with your check to:
Towers Watson Delaware Inc.
Lockbox # 741881 P.O. Box 741881
Atlanta GA 30374-1881

Invoices are due upon receipt.

Any questions concerning this invoice should be addressed to your Towers Watson consultant.

Towers Watson
28411 Northwestern Highway
One Northwestern Plaza - Suite 500
Southfield, MI 48034
United States
Tel No: 248.936.7700
Fax No: 248.936.7701

Debra Morgan
Pension Specialist
Botsford Health Care
28050 Grand River Avenue
FARMINGTON HILLS, MI  48336-5933
UNITED STATES

March 22, 2013

Customer No: 610135

Invoice No:     100060381865

| For non-trust actuarial and consulting services completed in connection with your pension program during the prior month. | Amount |
|---|---|
| Fees for Services Rendered | 6,601.00 |
| **Total** | **USD 6,601.00** |
| Total due after April 21, 2013 due to late charges | USD 6,667.01 |

Please enter Invoice Number 100060381865 on your check or wire payable to Towers Watson Delaware Inc.

For electronic transfer of funds, send payment to account:
Bank of America
Beneficiary: Towers Watson Delaware Inc.
Account Number: 4427214446, SWIFT CODE: BOFAUS6S
For Wire Payments use Transit Number 026009593
For ACH Payments use Transit Number 111000012

For payment by check, remit a copy of this invoice with your check to:
Towers Watson Delaware Inc.
Lockbox # 741881 P.O. Box 741881
Atlanta GA 30374-1881

Invoices are due upon receipt.

Any questions concerning this invoice should be addressed to your Towers Watson consultant.

**TOWERS WATSON**

Glenwood Hills Corporate Centre
Suite 202
3198 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2025

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

May 31, 2013

Δ JT EXHIBIT 39
Deponent D. Morgan
Date 8-14 Rptr SPA
WWW.DEPOBOOK.COM

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933

Subject:   **April 2013 Invoices and Detailed Exhibits**

Dear Deb:

Attached are the invoices and supporting exhibits providing detailed commentary and cost allocations. The invoiced amounts totals $13,061 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending April 30, 2013.

The attached exhibits correspond to the statements included in the attached invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers pension and welfare related activity not anticipated to be billed to the pension trust.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA, EA

Consulting Actuary

Attachment

cc:    Regina Doxtader, Botsford Health Care
       Barbara Hrit, Botsford Health Care
       Barbara Palmer, Botsford Health Care
       Christopher Place, Towers Watson

Towers Watson
28411 Northwestern Highway
One Northwestern Plaza - Suite 500
Southfield, MI 48034
United States
Tel No: 248.936.7700
Fax No: 248.936.7701

Debra Morgan
Pension Specialist
Botsford Health Care
28050 Grand River Avenue
FARMINGTON HILLS, MI 48336-5933
UNITED STATES

May 28, 2013

Customer No: 610135

Invoice No: 100060468108

| For non-trust actuarial and consulting services completed in connection with your pension program during the prior month. | Amount |
| --- | --- |
| Fees for Services Rendered | 5,233.00 |
| Total | USD 5,233.00 |
| Total due after June 27, 2013 due to late charges | USD 5,285.33 |

Please enter Invoice Number 100060468108 on your check or wire payable to Towers Watson Delaware Inc.

For electronic transfer of funds, send payment to account:
Bank of America
Beneficiary: Towers Watson Delaware Inc.
Account Number: 4427214446, SWIFT CODE: BOFAUS6S
For Wire Payments use Transit Number 026009593
For ACH Payments use Transit Number 111000012

For payment by check, remit a copy of this invoice with your check to:
Towers Watson Delaware Inc.
Lockbox # 741881 P.O. Box 741881
Atlanta GA 30374-1881

Invoices are due upon receipt.

Any questions concerning this invoice should be addressed to your Towers Watson consultant.

D 1171

EXHIBIT B

# BOTSFORD DETAILED BILL

Check with attorney before billing to trust

Handwritten notes: App. / Bm / Fno / BP / 5/31/2013 / Wpriik / Sucanidius / UM.

| Fixed Fee - Core Actuarial and Consulting Services | Contact | Status | Total | Botsford | CEMS | BCCC | Fixed Fee Information YTD Fees | Budget |
|---|---|---|---|---|---|---|---|---|
| None | Doxtader | In Progress | 0 | 0 | 0 | 0 | 13,000 | 22,000 |
| Early Retirement Window Consulting | Palmer | In Progress | 4,233 | 3,132 | 635 | 466 | N/A | N/A |
| Retainer for Ad-Hoc Requests | Doxtader | In Progress | 1,000 | 740 | 150 | 110 | 4,000 | 12,000 |
| Total | | | 5,233 | 3,872 | 785 | 576 | 17,000 | 34,000 |

CONFIDENTIAL    D 1172

## Debra Morgan

**From:** Barbara Palmer
**Sent:** Tuesday, June 04, 2013 6:41 PM
**To:** Debra Morgan
**Subject:** RE: Towers 4/30/2013 Invoice

yes

**From:** Debra Morgan
**Sent:** Friday, May 31, 2013 11:42 AM
**To:** Barbara Palmer
**Subject:** Towers 4/30/2013 Invoice

Barb:
Reviewing the Towers Invoice for payment.
Are you in agreement with this fee?
Invoice dated 5/31/2013 for services in the month of April:

"Early Retirement Window Consulting" – Status: In Progress – Fee     **$4,233**

Thank you
Deb

D 1173

# EXHIBIT A

## BOTSFORD DETAILED BILL

I:\DB\1168A\13\Billing\4 - Apr\Bill\Apr13Details

| | Contact | Status | Total | Botsford | CEMS | BCCC | Fixed Fee Information YTD Fees | Budget |
|---|---|---|---|---|---|---|---|---|
| Fixed Fee - Core Actuarial and Consulting Services | | | | | | | | |
| 2013 Annual Funding Notice and Valuation | Doxtader | In Progress | 4,218 | 3,121 | 633 | 464 | 6,434 | 50,000 |
| Government Forms Out-of-Scope | | | | | | | N/A | N/A |
| PBGC 4010 Filing | Doxtader | Completed | 886 | 656 | 133 | 97 | N/A | N/A |
| Benefit Calculation | | | | | | | | |
| Siefer Benefit Calculation and Related Consulting | Morgan | Completed | 391 | 289 | 59 | 43 | | |
| Fixed Fee - eepoint Administration System | | | | | | | | |
| Ongoing Hosting, Maintenance, and Support | Palmer | In Progress | 2,333 | 1,726 | 350 | 257 | 9,332 | 28,000 |
| Fixed Fee - Demographic Experience Study | | | | | | | | |
| None | Doxtader | In Progress | 0 | 0 | 0 | 0 | 0 | 10,000 |
| Total | | | 7,828 | 5,792 | 1,175 | 861 | 15,766 | 88,000 |

CONFIDENTIAL

D 1174

Towers Watson
28411 Northwestern Highway
One Northwestern Plaza - Suite 500
Southfield, MI 48034
United States
Tel No: 248.936.7700
Fax No: 248.936.7701

Debra Morgan
Pension Specialist
Botsford Health Care
28050 Grand River Avenue
FARMINGTON HILLS, MI 48336-5933
UNITED STATES

May 28, 2013

Customer No: 610135

Invoice No: 100060468109

| For trust payable actuarial and consulting services completed in connection with your pension program during the prior month. | Amount |
| --- | --- |
| Fees for Services Rendered | 7,828.00 |
| Total | USD 7,828.00 |
| *Total due after June 27, 2013 due to late charges* | USD 7,906.28 |

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal counsel.

Please enter Invoice Number 100060468109 on your check or wire payable to Towers Watson Delaware Inc.

For electronic transfer of funds, send payment to account:
Bank of America
Beneficiary: Towers Watson Delaware Inc.
Account Number: 4427214446, SWIFT CODE: BOFAUS6S
For Wire Payments use Transit Number 026009593
For ACH Payments use Transit Number 111000012

For payment by check, remit a copy of this invoice with your check to:
Towers Watson Delaware Inc.
Lockbox # 741881 P.O. Box 741881
Atlanta GA 30374-1881

Invoices are due upon receipt.

Any questions concerning this invoice should be addressed to your Towers Watson consultant.