# EXHIBIT 70

TOWERS WATSON 

Glenwood Hills Corporate Centre
Suite 202
3196 Kraft Avenue, S.E.
Grand Rapids, MI 49512-2026

T +1 616 254 2600
F +1 616 254 2601

towerswatson.com

Private and Confidential

November 22, 2011

Ms. Debra Morgan
Pension Specialist
Botsford Heath Care
28050 Grand River Avenue
Farmington Hills, MI  48336-5933



**Subject:**    **Detail for Invoices #IN00889785, #IN00889786, #IN00889787, and #IN00895638**

Dear Deb:

Attached are exhibits providing detailed commentary and cost allocations supporting our invoices dated November 22, 2011.  The invoiced amounts total $38,681 for actuarial and consulting services completed in connection with your pension and welfare programs during the one-month period ending October 31, 2011.

The attached exhibits correspond to the statements included in the above mentioned invoices.  Exhibit A covers activity that we feel is fairly safe to charge to the pension trust.  Exhibit B covers activity associated with the pension administration system that we feel is fairly safe to charge to the pension trust.  Exhibit C covers pension related activity not anticipated to be billed to the pension trust .  Exhibit D covers activity associated with the non-pension welfare program.

Please do not hesitate to call with any questions or concerns.

Sincerely,

Zachary A. Erickson, ASA, EA

Senior Actuarial Analyst

Attachment

cc:    Regina Doxtader, Botsford Health Care
       Barbara Palmer, Botsford Health Care
       Christopher Place, Towers Watson

CONFIDENTIAL

D 1040

**TOWERS WATSON** 〰

11684   Botsford Osteopathic Hospital
Invoice Date:   11/22/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00895638

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:        $2,382 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

**TOWERS WATSON** 〰

Invoice

IN00895638

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

Invoice Date:     11/22/2011
Reference Number:   11684

For actuarial and consulting services completed during the prior month for your health plan and other non-pension related activities.

| | Amount |
|---|---|
| Total Services | $2,226 |
| Technology and Administrative Fee | 156 |
| **Total Current Invoice in US Dollars:** | **$2,382 USD** |

*Total due after December 22, 2011*
   *1% interest will be added every 30 days past due*

$2,406

*approved*
*[signature] Morgan*
*1/10/2012*

*This invoice represents charges in our billing system as of 10/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL

D 1041

**TOWERS WATSON** 𝓦

11684    Botsford Osteopathic Hospital
Invoice Date:    11/22/2011

Invoice

IN00889785

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:    $17,123 USD

Wire information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

**TOWERS WATSON** 𝓦

Invoice

IN00889785

Invoice Date:    11/22/2011
Reference Number:    11684

For trust payable consulting services completed in connection with your pension administration system during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $16,011 |
| Technology and Administrative Fee | 1,112 |
| Total Current Invoice in US Dollars: | $17,123 USD |

*approved*  ~~Debra~~ *Morgan* 1/10/2012

*Total due after December 22, 2011*
*1% interest will be added every 30 days past due*

$17,294

*This invoice represents charges in our billing system as of 10/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL

D 1042

## TOWERS WATSON  ⨃

11684    Botsford Osteopathic Hospital
Invoice Date:    11/22/2011

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Invoice

IN00889786

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Total Amount:    $3,222 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH Information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

## TOWERS WATSON  ⨃

Invoice

IN00889786

Invoice Date:    11/22/2011
Reference Number:    11684

For non-trust actuarial and consulting services completed in connection with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

**Amount**

Total Services                                                    $3,011

Technology and Administrative Fee                                211

Total Current Invoice In US Dollars:    *approved*    $3,222 USD

Total due after December 22, 2011
1% interest will be added every 30 days past due



$3,254

1/10/2012

*This invoice represents charges in our billing system as of 10/31/11.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

CONFIDENTIAL                                                          D 1043

**TOWERS WATSON** $\mathcal{W}$

11684   Botsford Osteopathic Hospital
Invoice Date:   11/22/2011

IN00889787

Please make check payable to:
Towers Watson Delaware Inc.
1079 Solutions Center
Chicago, IL 60677-1000

Botsford Osteopathic Hospital
Ms. Debra Morgan
Pension Specialist
28050 Grand River Avenue
Farmington Hills, MI 48336-5933

Total Amount:     $15,954 USD

Wire Information
To wire your invoice payment, please send funds to Bank of America, New York, NY, account of Towers Watson Delaware Inc., account #3750019513, ABA routing #026009593.
ACH information is Bank of America, account of Towers Watson Delaware Inc., Dallas, TX, account #3750019513, routing #111000012. Please include the invoice number(s) being paid.
For payment by check, please detach this part and return it with your payment in the enclosed envelope. Please include invoice number on check.

---

**TOWERS WATSON** $\mathcal{W}$

Invoice

IN00889787

Invoice Date:     11/22/2011
Reference Number:   11684

For trust payable actuarial and consulting services completed in connection
with your pension program during the prior month.

Towers Watson Delaware Inc.
One Northwestern Plaza
Suite 500
28411 Northwestern Highway
Southfield, MI 48034

T +1 248 936 7700

|  | Amount |
|---|---|
| Total Services | $14,910 |
| Technology and Administrative Fee | 1,044 |

Total Current Invoice in US Dollars:          *approved*                  $15,954 USD

Total due after December 22, 2011                                        $16,114
  1% interest will be added every 30 days past due

*Debra Morgan   1/10/2012*

The decision as to which services should be paid from trust assets is yours and you may wish to consult your legal
counsel.

Payment due upon receipt.
Interest @ 1% per month after 30 days.
Federal Tax Identification #53-0181291

EXHIBIT A

## BOTSFORD DETAILED BILL

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| 2011 Funding Valuation and related PPA Consulting<br>    Quarterly credit balance election | Doxtader | Completed | 723 | 535 | 108 | 80 |
| Compliance and Administration Consulting *APPROVED*<br>    Relative value and right to defer notices *LM 11/22* | Morgan | In Progress | 2,404 | 1,779 | 361 | 264 |
| Forms & Filings<br>    Form 5500 and PBGC filing | Doxtader | Completed | 12,827 | 9,492 | 1,924 | 1,411 |
| Total | | | 15,954 | 11,806 | 2,393 | 1,755 |

EXHIBIT B

**BOTSFORD DETAILED BILL**                                        Pension Administration System

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| eepoint implementation<br>Third of five installments ~~approved JM 11/22~~ | Palmer | In Progress | 17,000 | 12,580 | 2,550 | 1,870 |
| eepoint implementation<br>Travel expenses for kick-off meeting ~~approved JM 11/22~~ | Palmer | Completed | 123 | 91 | 18 | 14 |
| Total | | | 17,123 | 12,671 | 2,568 | 1,884 |

## EXHIBIT C

**BOTSFORD DETAILED BILL**

Check with attorney before billing to trust

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| FAS 87 Routine Work<br>    12/31/2011 disclosure & 1/1/2012 expense planning | Doxtader | In Progess | 1,722 | 1,275 | 258 | 189 |
| Cost and Risk Management Channel<br>    Updated for 2011 funding results and revised mortality<br>    and related consulting | Doxtader | Completed | 1,500 | 1,110 | 225 | 165 |
| Total | | | 3,222 | 2,385 | 483 | 354 |

# EXHIBIT D

**BOTSFORD DETAILED BILL**                          Botsford Health Plan

| | Contact | Status | Total | Botsford | CEMS | BCCC |
|---|---|---|---|---|---|---|
| Forms & Filings | | | | | | |
|    Form 5500 filing | Doxtader | In Progress | 2,382 | 1,763 | 357 | 262 |
| Total | | | 2,382 | 1,763 | 357 | 262 |