# Exhibit 71

| From: | Debra Morgan </O=ZHC/OU=BOTSFORD GENERAL HOSPITAL/CN=RECIPIENTS/CN=95USERS/CN=DMORGAN> |
|---|---|
| Sent: | Wednesday, March 17, 2010 2:29 PM |
| To: | 'Danko, Christine' <cdanko@divinvest.com> |
| Subject: | RE: Invoice |

Thanks much Christine...just needed to know.

Deb

> -----Original Message-----
> **From:** Danko, Christine [mailto:cdanko@divinvest.com]
> **Sent:** Wednesday, March 17, 2010 12:08 PM
> **To:** Debra Morgan
> **Subject:** RE: Invoice
>
> Deb,
>
> This is to pay for the fund change mailing from last year. I apologize that this invoice is not clear and please let me know if you need additional information from me.
>
> Thank you,
>
> **Christine Danko, QKA, QPA**
> **Senior Account Executive**
> **Diversified Investment Advisors**
> 378 Norwich Drive
> Broadview Heights, OH 44147
> Office 440.526.0393
> Toll Free 888.526.0393
> Cell 216.272.5676
>
> Registered Representative
>
> Securities offered through Diversified Investors Securities Corp ("DISC"), Member FINRA
> 4 Manhattanville Road, Purchase, NY 10577
> Diversified Investment Advisors is an affiliate of DISC
>
> ---
>
> **From:** Debra Morgan [mailto:dmorgan@botsford.org]
> **Sent:** Wednesday, March 17, 2010 11:50 AM
> **To:** Danko, Christine
> **Subject:** RE: Invoice
>
> Hi Chris,
>
> I have a invoice to pay to DIA....but I don't know what the charges are for? It does not have an explanation. I tried contacting your billing department but was not sucessful in reaching them. Could you let me know what it is for so I can authorize it for payment.
>
> Amount: $2,204.36
> INV 0001977
> INV 0001978
>
> Thank you

CONFIDENTIAL                    D 2452

Deb

-----Original Message-----
**From:** Danko, Christine [mailto:cdanko@divinvest.com]
**Sent:** Wednesday, March 17, 2010 11:13 AM
**To:** Debra Morgan
**Subject:** RE: Participant Counselor Representative for April 22

Okay, I will let you know.

**Christine Danko, QKA, QPA**
**Senior Account Executive**
**Diversified Investment Advisors**
**378 Norwich Drive**
**Broadview Heights, OH 44147**
**Office 440.526.0393**
**Toll Free 888.526.0393**
**Cell 216.272.5676**

Registered Representative

Securities offered through Diversified Investors Securities Corp ("DISC"), Member FINRA
4 Manhattanville Road, Purchase, NY 10577
Diversified Investment Advisors is an affiliate of DISC

---

**From:** Debra Morgan [mailto:dmorgan@botsford.org]
**Sent:** Wednesday, March 17, 2010 11:05 AM
**To:** Danko, Christine
**Subject:** RE: Participant Counselor Representative for April 22

Sure.
Thanks

-----Original Message-----
**From:** Danko, Christine [mailto:cdanko@divinvest.com]
**Sent:** Wednesday, March 17, 2010 10:28 AM
**To:** Debra Morgan
**Subject:** Participant Counselor Representative for April 22

Deb,

I did check to see if either Joseph Okraski or Laura Torre (your confirmed counselors for the April meetings) were available on April 22nd. Unfortunately, they will both be traveling that day to meetings they have on Friday, April 23.

Would you like me to check to see if another counselor is available for April 22nd to accommodate any additional demand you may have at the hospital?

Please let me know.

Thank you,

**Christine Danko, QKA, QPA**
**Senior Account Executive**
**Diversified Investment Advisors**
**378 Norwich Drive**
**Broadview Heights, OH 44147**

CONFIDENTIAL
D 2453

Office 440.526.0393
Toll Free 888.526.0393
Cell 216.272.5676

Registered Representative

Securities offered through Diversified Investors Securities Corp ("DISC"),
Member FINRA
4 Manhattanville Road, Purchase, NY 10577
Diversified Investment Advisors is an affiliate of DISC

CONFIDENTIALITY NOTICE
This transmission is intended for the sole use of the individual and/or entity to whom it is addressed, and may contain information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, duplication or the taking of any action in reliance on the contents of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender by replying immediately to this transmission and destroying the transmission. For your protection, do not include Social Security numbers, passwords or other non-public and personal information in your email. Thank you.

ARCHIVING NOTICE: Recipients should be aware that all emails exchanged with the sender are automatically archived and may be accessed at any time by duly authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

CONFIDENTIALITY NOTICE
This transmission is intended for the sole use of the individual and/or entity to whom it is addressed, and may contain information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, duplication or the taking of any action in reliance on the contents of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender by replying immediately to this transmission and destroying the transmission. For your protection, do not include Social Security numbers, passwords or other non-public and personal information in your email. Thank you.

ARCHIVING NOTICE: Recipients should be aware that all emails exchanged with the sender are automatically archived and may be accessed at any time by duly authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

CONFIDENTIALITY NOTICE
This transmission is intended for the sole use of the individual and/or entity to whom it is addressed, and may contain information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, duplication or the taking of any action in reliance on the contents of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender by replying immediately to this transmission and destroying the transmission. For your protection, do not include Social Security numbers, passwords or other non-public and personal information in your email. Thank you.

ARCHIVING NOTICE: Recipients should be aware that all emails exchanged with the sender are automatically archived and may be accessed at any time by duly authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.