# Exhibit 72

| From: | Debra Morgan </O=ZHC/OU=BOTSFORD GENERAL HOSPITAL/CN=RECIPIENTS/CN=95USERS/CN=DMORGAN> |
|---|---|
| Sent: | Wednesday, August 10, 2011 11:57 AM |
| To: | 'Danko, Christine' <cdanko@divinvest.com> |
| Subject: | RE: 2010 Invoice for Recordkeeping Services |

We don't have to have the originals. I will submit the copy today for payment.

Deb

**From:** Danko, Christine [mailto:cdanko@divinvest.com]
**Sent:** Wednesday, August 10, 2011 11:42 AM
**To:** Debra Morgan
**Subject:** RE: 2010 Invoice for Recordkeeping Services

Thank you – we will mail you the originals.

**From:** Debra Morgan [mailto:dmorgan@botsford.org]
**Sent:** Wednesday, August 10, 2011 11:03 AM
**To:** Danko, Christine
**Subject:** RE: 2010 Invoice for Recordkeeping Services

Great Christine. This looks right.

Deb

**From:** Danko, Christine [mailto:cdanko@divinvest.com]
**Sent:** Wednesday, August 10, 2011 9:58 AM
**To:** Debra Morgan
**Subject:** RE: 2010 Invoice for Recordkeeping Services

FYI...

**From:** Danko, Christine
**Sent:** Wednesday, August 10, 2011 5:58 AM
**To:** 'Debra Morgan'
**Subject:** 2010 Invoice for Recordkeeping Services

Deb,

Well, I was finally able to have a new invoices generated for the 2010 recordkeeping services, they are attached for your preview. I apologize the delay.

We billed $29 per unique participant across all three plans. We looked at all three plans and where there was a SS# that was unique to that plan and not found in the others we billed the $29. The invoice is broken down by plan number now instead of combining them all together.

TT069163 - 2133
TT080253 00001 - 483
TI097547 – 12

Please let me know if you have any questions about these invoices – if I do not hear anything by Monday – they will

CONFIDENTIAL

D 2499

generated and sent to your attention.

Thank you,


**Christine Danko QKA, QPA** | Senior Account Executive



378 Norwich Drive | Broadview Heights, OH 44147
O 440-526-0393 | C 216-272-5676 | F 312-236-4696 | cdanko@divinvest.com
www.divinvest.com

Registered Representative
Securities offered through Diversified Investors Securities Corp. (DISC), Member FINRA
230 W Monroe Steet |Suite 1110 | Chicago, IL 60606
Diversified is an affliate of DISC.

CONFIDENTIALITY NOTICE
This transmission is intended for the sole use of the individual and/or entity to whom it is addressed, and may contain information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, duplication or the taking of any action in reliance on the contents of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender by replying immediately to this transmission and destroying the transmission. For your protection, do not include Social Security numbers, passwords or other non-public and personal information in your email. Thank you.

ARCHIVING NOTICE: Recipients should be aware that all emails exchanged with the sender are automatically archived and may be accessed at any time by duly authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

CONFIDENTIALITY NOTICE
This transmission is intended for the sole use of the individual and/or entity to whom it is addressed, and may contain information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, duplication or the taking of any action in reliance on the contents of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender by replying immediately to this transmission and destroying the transmission. For your protection, do not include Social Security numbers, passwords or other non-public and personal information in your email. Thank you.

ARCHIVING NOTICE: Recipients should be aware that all emails exchanged with the sender are automatically archived and may be accessed at any time by duly authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.