# EXHIBIT H

Brian:

Keeping you in the loop.

Deb

**From:** Danko, Christine [mailto:cdanko@divinvest.com]
**Sent:** Wednesday, July 06, 2011 6:17 AM
**To:** Debra Morgan
**Subject:** RE: Invoice - May 2011

Deb,

Here is where this stands – I have been researching this and here is what I have found.

- I checked all the service agreements and amendments for the plans that detail what our expenses are and generally how they are charged and I could not find any indication that we were only charging for one plan.

- New service agreements were executed last year when we all the funds were changed and the plan service credits were eliminated with the per head fee also being reduced – they did not reflect consolidating participants for fee billing purposes.

- I double checked with Kristin Woycke and she did recall conversations about overlapping employees – basically supporting how the plan was billed the last few years.

- I spoke with Chris Engelhardt about this and there are a few more things he wants me to check into before we can potentially issue a new invoice.

  I hope to have the answers to my additional areas to check into today.

  I appreciate your patience on this, I apologize it has taken so long however my goal is to get this resolved and documented so we do not have to worry about it going forward.

  Chris

**From:** Debra Morgan [mailto:dmorgan@botsford.org]
**Sent:** Thursday, May 26, 2011 11:36 AM
**To:** Danko, Christine
**Subject:** Invoice - May 2011

Hello Christine could you investigate our billing statement?
We received two (2) invoices:
INV0005341 (401A) **2579** participants @ $29 = $74,791.00  (080253)
INV0005342 (403B) **2209** participants @ $29 = $64,061.00  (069163)

Should we be billed for each individual account? I believe we have paid in the past for the per participant rate for the 401 (a) only?

Deb

CONFIDENTIALITY NOTICE
This transmission is intended for the sole use of the individual and/or entity to whom it is addressed, and may contain information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, duplication or the taking of any action in reliance on the contents of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify the sender by replying immediately to this transmission and destroying the transmission. For your protection, do not include Social Security numbers, passwords or other non-public and personal information in your email. Thank you.

ARCHIVING NOTICE: Recipients should be aware that all emails exchanged with the sender are automatically archived and may be accessed at any time by duly authorized persons and may be produced to other parties, including public authorities, in compliance with applicable laws.

CONFIDENTIAL